UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VERONICA ELPHAGE, ET AL

VERSUS

SID J. GAUTREAUX, IN HIS
CAPACITY AS SHERIFF OF EAST
BATON ROUGE PARISH, ET AL

CIVIL ACTION

NO. 10-358-SDD-RLB

RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 9, 2013. Defendants have filed an objection which the court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the *Motion for Summary Judgment* (Rec. Doc. 16) is granted in part dismissing with prejudice, Plaintiffs' federal claims under 42 U.S.C. § 1983, and the Fourth, Fifth, and Fourteenth Amendments of the United States Constitution and the Plaintiffs' state law claims for assault, battery, negligence, false arrest, false imprisonment, defamation, and intentional infliction of emotional distress . Summary judgment with regard to the Plaintiffs' federal claims under 42 U.S.C. § 1985 and 42 U.S.C. § 1986 are denied as insufficiently briefed.

Baton Rouge, Louisiana, ~~August~~ *September* 3 , 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA